No. 72–1210. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, LOCAL LODGE No. 504, ET AL. v. O'REILLY ET AL.; and

No. 72–1502. NATIONAL LABOR RELATIONS BOARD v. MORTON SALT Co. C. A. 9th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of NLRB v. Boeing Co., 412 U. S. 67 (1973). Reported below: 472 F. 2d 416 and 426.

No. 72–1485. BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM v. NEW LEFT EDUCATION PROJECT ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded to the United States District Court for the Western District of Texas with directions to dismiss case as moot. MR. JUSTICE DOUGLAS dissents from vacating judgment below.

No. 72–1678. CAREY, WARDEN, ET AL. v. GAMMONS. C. A. 3d Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Cady v. Dombrowski, 413 U. S. 433 (1973). MR. JUSTICE DOUGLAS dissents from the vacation and remand.

No. 72–6454. HANAHAN v. UNITED STATES. C. A. 7th Cir. Motion for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded to the United States District Court for the Northern District of Illinois for reconsideration in light of suggestion contained in the Solicitor General's memorandum filed July 3, 1973.